1  SIDNEY J. COHEN, Esq., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   Hollynn Delil

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA and DOES 1 through 20, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. C 13-0423 KAW<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>Federal Rule Of Civil Procedure 15(a)(2) |

Stipulation and [Proposed] Order to Permit
Plaintiff To File a First Amended Complaint                                                                                                              .

1

## STIPULATION

Pursuant to Federal Rule Of Civil Procedure 15(a)(2), Plaintiff HOLLYNN DELIL and defendant COUNTY OF SONOMA, by and through their counsel, consent and stipulate to the filing by Plaintiff of a First Amended Complaint to add the May 20, 2013 Margen + Associates "TOWN OF GRATON/COUNTY OF SONOMA Accessibility Report" and to incorporate the Report into the First Amended Complaint as if set forth in full.

The parties further stipulate that Defendant's Answer to the original Complaint shall be, and hereby is, deemed the Answer to the First Amended Complaint.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile or electronically transmitted or authorized signatures shall be as valid and binding as original signatures.

Date: 11/26/2013         SIDNEY J. COHEN
                         PROFESSIONAL CORPORATION

                         By */s/ Sidney J. Cohen*
                         Sidney J. Cohen
                         Attorney for Plaintiff Hollynn Delil

Date: 11/26/2013         BERTRAND, FOX & ELLIOT

                         /s/ *Eugene B. Elliot*
                         Eugene B. Elliot
                         Attorney for Defendant County of Sonoma

## ORDER

Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.**

Date: 12/4/13
                         Kandis A Westmore
                         United States Magistrate Judge

Stipulation and [Proposed] Order to Permit
Plaintiff To File a First Amended Complaint

2

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on November 26, 2013, I, Sidney J. Cohen, Sidney J. Cohen Professional Corporation, received the concurrence of Eugene B. Elliot, attorney for Defendant County of Sonoma, to the filing of this document.

*/s/ Sidney J. Cohen*
Sidney J. Cohen

Stipulation and [Proposed] Order to Permit
Plaintiff To File a First Amended Complaint

3