SIDNEY J. COHEN, Esq., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
Hollynn Delil

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA and DOES 1 through 20, Inclusive,<br><br>    Defendants._____/ | CASE NO. C 13-0423 KAW<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>Federal Rule Of Civil Procedure 15(a)(2) |

Stipulation and [Proposed] Order to Permit
Plaintiff To File a First Amended Complaint

1

**STIPULATION**

Pursuant to Federal Rule Of Civil Procedure 15(a)(2), Plaintiff HOLLYNN DELIL and defendant COUNTY OF SONOMA, by and through their counsel, consent and stipulate to the filing by Plaintiff of a First Amended Complaint to add the May 20, 2013 Margen + Associates "TOWN OF GRATON/COUNTY OF SONOMA Accessibility Report" and to incorporate the Report into the First Amended Complaint as if set forth in full.

The parties further stipulate that Defendant's Answer to the original Complaint shall be, and hereby is, deemed the Answer to the First Amended Complaint.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile or electronically transmitted or authorized signatures shall be as valid and binding as original signatures.

Date: 11/26/2013          SIDNEY J. COHEN
                          PROFESSIONAL CORPORATION

                          By  */s/ Sidney J. Cohen*
                          ───────────────────────────
                          Sidney J. Cohen
                          Attorney for Plaintiff Hollynn Delil

Date: 11/26/2013          BERTRAND, FOX & ELLIOT

                          /s/ *Eugene B. Elliot*
                          ───────────────────────────
                          Eugene B. Elliot
                          Attorney for Defendant County of Sonoma

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.**

Date: 12/4/13             ───────────────────────────
                          Kandis A Westmore
                          United States Magistrate Judge

Stipulation and [Proposed] Order to Permit
Plaintiff To File a First Amended Complaint

2

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on November 26, 2013, I, Sidney J. Cohen, Sidney J. Cohen Professional Corporation, received the concurrence of Eugene B. Elliot, attorney for Defendant County of Sonoma, to the filing of this document.

*/s/ Sidney J. Cohen*
Sidney J. Cohen

Stipulation and [Proposed] Order to Permit
Plaintiff To File a First Amended Complaint

3