1  Eugene B. Elliot, State Bar No. 111475
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone: (415) 353-0999
4  Facsimile:  (415) 353-0990

5

6  Attorneys for Defendant
   COUNTY OF SONOMA

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  HOLLYNN DELIL,                          Case No. 4:13-cv-00423-KAW

12          Plaintiff,                      **STIPULATION CONTINUING FEBRUARY 4,
                                            2014 CASE MANAGEMENT CONFERENCE
13  v.                                      AND [~~PROPOSED~~] ORDER**

14  COUNTY OF SONOMA and DOES 1 though
    20, Inclusive,

15          Defendants.

16                                          **Hon. Kandis A. Westmore**

17       The parties, acting by and through their respective legal counsel, hereby stipulate to continuing

18  the Case Management Conference in the above-named matter from February 4, 2014 to a date after

19  March 10, 2014.

20       Good cause exists for this continuance for the following reasons:

21       (1) The parties are set to resume Meet and Confer discussions on February 10, 2014.

22       (2) A General Order 56, ADR mediation with Howard Herman is set for March 10, 2014.

23       (3) Counsel for defendant COUNTY OF SONOMA, Eugene B. Elliot, is scheduled for another

24  court appearance in the Northern District in the San Francisco courthouse (Judge Orrick) on February 4,

25  2014 at 2:00 p.m.

26

27

28

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
*Delil v. County of Sonoma, et al.*
U.S. District Court Case No. 4:13-cv-00423-KAW

1  Dated:  January 29, 2014                    BERTRAND, FOX & ELLIOT

2

3                                              By: ____/s/ Eugene Elliot_____

4                                                  Eugene B. Elliot
                                                   Attorneys for Defendant
5                                                  COUNTY OF SONOMA

6

7
   Dated:  January  29, 2014                   SIDNEY J. COHEN
8                                              PROFESSIONAL CORPORATION

9

10

11                                             By: ____/s/ Sidney J. Cohen_____
                                                   Sidney J. Cohen
12                                                 Attorneys for Plaintiff
                                                   HOLLYNN DELIL
13

14                                      **ORDER**

15          GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that:

16          The  Case  Management  Conference  currently  set  for  February  4,  2014  is  continued  to

17   March 18           , 2014 at  1:30  p.m.

18          IT IS SO ORDERED.

19

20   Dated:  1/31/14

21                                              Kandis A. Westmore
                                                U.S. MAGISTRATE JUDGE
22

23

24

25

26

27

28

                                             2