```
 1  SIDNEY J. COHEN, Esq., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
 2  427 Grand Avenue
    Oakland, CA  94610
 3  Telephone:  (510) 893-6682

 4  Attorneys for Plaintiff
    Hollynn Delil
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL | CASE NO.  C 13-0423 KAW |
| Plaintiff, | 14-0445 KAW |
| | <u>Civil Rights</u> |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF THE LAWSUIT** |
| COUNTY OF SONOMA and DOES 1 through 20, Inclusive, | |
| Defendants. | FRCP section 41 |

Plaintiff Hollynn Delil and Defendant County of Sonoma, by and through their attorneys of record, enter into this "STIPULATION AND ORDER FOR DISMISSAL OF THE LAWSUIT" pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on January 13, 2013.

Plaintiff and Defendant have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against Defendant. The "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. The "Mutual Release And Settlement Agreement " states in part that "The court shall retain jurisdiction to enforce this Agreement...". Plaintiff and Defendant stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Stipulation and Order For Dismissal
of the Lawsuit

1

1   Plaintiff moves to dismiss with prejudice the lawsuit against Defendant.

2   Defendant, who has answered the complaint, agrees to the dismissal with
3   prejudice of the lawsuit.

4   This case is not a class action, and no receiver has been appointed.

5   This Stipulation and Order may be signed in counterparts, and facsimile or
6   electronically transmitted signatures shall be as valid and as binding as original
7   signatures.

8   Wherefore, Plaintiff and Defendant, by and through their attorneys of
9   record, so stipulate.

Date: 3/16/15                    SIDNEY J. COHEN
                                 PROFESSIONAL CORPORATION

                                 */s/ Sidney J. Cohen*
                                 _____
                                 Sidney J. Cohen
                                 Attorney for Plaintiff Hollynn Delil

Date: 3/16/15                    BERTRAND, FOX & ELLIOT
                                 */s/ Eugene B. Elliot*
                                 _____
                                 Eugene B. Elliot
                                 Attorney for Defendant County of Sonoma

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against Defendant is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement" between Plaintiff and Defendant.

Date:                            _____
                                 KANDIS A. WESTMORE
                                 United States Magistrate Judge

Stipulation and Order For Dismissal
of the Lawsuit                                                                      .

2